# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherry Eaton<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DNOW L.P. d/b/a Distribution Now, a Texas limited liability company; and<br>DOES 1-10, inclusive<br><br>　　　　Defendants. | Case No. 16-cv-09318 SVW(SS)<br>Hon. Stephen V. Wilson<br><br>**ORDER RE: JOINT STIPLUATION AS TO REMAND TO STATE COURT**<br><br>JS-6 |

Having considered the Joint Stipulation between Plaintiff, SHERRY EATON, on the one hand, and on the other hand, Defendants, DNOW LP d/b/a Distribution Now, NICHOLAS LEUTE and ERICA GATEWOOD, to remand this action to State Court, for good cause shown, it is hereby ordered, that this action is hereby remanded to Los Angeles Superior Court with case number BC640639 and that each party shall bear its own attorneys' fees and costs incurred in connection with the removal of this action to federal court and the remand.

**IT IS SO ORDERED**

Dated: August 29, 2017

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Stephen V. Wilson*
　　　　　　　　　　　　　　　　　　　　　　　Hon. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge